Skip to Main Content Logout My Account Search Menu New Civil Probate Family Search Refine Search Back     Location : Santa Fe County    Images Help

# REGISTER OF ACTIONS
## CASE NO. D-101-CV-2016-02648

| James Walker v. Kimberly Barreras, et. al. | § § § § § § | | Case Type: | **Tort** |
|---|---|---|---|---|
| | | | Date Filed: | **11/15/2016** |
| | | | Location: | **Santa Fe County** |
| | | | Judicial Officer: | **Ortiz, Raymond Z.** |

---

### RELATED CASE INFORMATION

**Related Cases**
M-56-TR-2016-01117 (Same Party - Same Incident)

---

### PARTY INFORMATION

| | | **Attorneys** |
|---|---|---|
| Defendant | Barreras, Kimberly | |
| Defendant | New Mexico Department of Transportation | |
| Defendant | State of New Mexico | |
| Plaintiff | Walker, James | **Terry R. Guebert**<br>*Retained*<br>505-823-2300(W)<br><br>**Robert F. Gentile**<br>*Retained*<br>505-823-2300(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 11/15/2016 | **Cause Of Actions** | Tort: Personal Injury Auto (Count I: Negligence Against the State of New Mexico and NMDOT) |
| | Action Type | Action |
| 11/15/2016 | **Cause Of Actions** | Tort: Personal Injury Auto (Count II: Negligence Against Kimberly Barreras) |
| | Action Type | Action |
| 11/15/2016 | **Cause Of Actions** | Tort: Personal Injury Auto (Count III: Negligence Per Se Against Kimberly Barreras) |
| | Action Type | Action |
| 11/15/2016 | **Cause Of Actions** | Tort: Personal Injury Auto (Count IV: Damages) |
| | Action Type | Action |
| 11/15/2016 | OPN: COMPLAINT | |
| | *Complaint to Recover Damages for Personal Injury* | |
| 11/15/2016 | JURY DEMAND 12 PERSON | |
| | *Jury Demand* | |
| 11/18/2016 | JDG: JUDGE EXCUSAL/CHALLENGED ON CAUSE | |
| | *Peremptory Excusal* | |
| 11/18/2016 | NTC: JUDGE ASSIGNMENT | |
| | *Case has been Reassigned to Judge Raymond Z. Ortiz effective 11-18-16 due the Excusal of Judge David Thomson* | |
| 11/23/2016 | SUMMONS ISSUED | |
| | *Summons - The State of New Mexico - AG* | |
| 11/23/2016 | SUMMONS ISSUED | |
| | *Summons - The State of New Mexico - Risk Management* | |
| 11/23/2016 | SUMMONS ISSUED | |
| | *Summons - NMDOT - AG* | |
| 11/23/2016 | SUMMONS ISSUED | |
| | *Summons - NMDOT - Risk Management* | |
| 11/23/2016 | SUMMONS ISSUED | |
| | *Summons - NMDOT* | |
| 11/23/2016 | SUMMONS ISSUED | |
| | *Summons - Kimberly Barreras* | |
| 12/14/2016 | SUMMONS RETURN | |
| | *Return of Service - NMDOT - Risk Management* | |
| 12/14/2016 | SUMMONS RETURN | |
| | *Return of Service - NMDOT* | |
| 12/14/2016 | SUMMONS RETURN | |
| | *Return of Service - NMDOT - AG* | |
| 12/14/2016 | SUMMONS RETURN | |
| | *Return of Service - The State of NM - AG* | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| **Plaintiff** Walker, James | | | | |
| Total Financial Assessment | | | | 432.00 |
| Total Payments and Credits | | | | 432.00 |
| **Balance Due as of 12/22/2016** | | | | **0.00** |
| 11/16/2016 | Transaction Assessment | | | 432.00 |
| 11/16/2016 | File & Serve Payment | Receipt # SFED-2016-12030 | Walker, James | (432.00) |

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/15/2016 3:43:17 PM
STEPHEN T. PACHECO
Ginger Sloan

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

Cause No.D-101-CV-2016-02648          Case assigned to Thomson, David K.

JAMES WALKER,

        Plaintiff,

v.

KIMBERLY BARRERAS,
THE STATE OF NEW MEXICO, and NEW MEXICO
DEPARTMENT OF TRANSPORTATION,

        Defendants.

# COMPLAINT TO RECOVER DAMAGES FOR PERSONAL INJURY

COMES NOW Plaintiff, James Walker, by and through his attorneys, Guebert Bruckner P.C. (Terry R. Guebert and Robert F. Gentile), and for his cause of action against Defendants, states as follows:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff James Walker is a resident of Three Rivers, Michigan.

2.     Defendant State of New Mexico and Defendant New Mexico Department of Transportation ("NMDOT") are governmental entities within the meaning of the Tort Claims Act, NMSA 1978, §§41-4-1 et seq.

3.     Defendant State of New Mexico and Defendant New Mexico Department of Transportation ("NMDOT") are the entities with authority to repair and maintain Interstate 40 within New Mexico state boundaries.

4.     Upon information and belief, Defendant Kimberly Barreras is a resident of Bernalillo County, New Mexico.

5.    This Court has jurisdiction over the parties and the subject matter.

6.    Venue is proper in this Court pursuant to NMSA 1978 §§ 38-3-1 (F) and 41-4-18.

## FACTS COMMON TO ALL COUNTS

7.    On October 20, 2016, a dry, clear day, at approximately 9:10 a.m., Mr. Walker was traveling westbound on Interstate 40 when he passed exit 194, in Moriarty, New Mexico.

8.    Upon information and belief, Ms. Barreras was attempting to go to McCall's Pumpkin Patch, which is located west of exit 194 on Interstate 40.

9.    The exit for McCall's Pumpkin Patch is exit 196. There is no access to McCall's Pumpkin Patch from exit 194, the nearest exit to the patch.

10.    Ms. Barreras took the incorrect exit for the pumpkin patch and because there is no access to the pumpkin patch, Ms. Barreras was forced to re-enter Interstate 40.

11.    The next exit on Interstate 40 westbound after exit 194 is located in Edgewood, New Mexico, approximately 8 miles away.

12.    Instead of safely traveling to the next exit, Ms. Barreras pulled over to the far right side of the Interstate near exit 194, and was going to attempt to use the crossover in the median to turn around to go east on the Interstate.

13.    As Ms. Barreras proceeded to drive back onto the roadway to utilize the crossover, she pulled across several lanes of traffic and directly into Mr. Walker's path as he was traveling westbound on the Interstate.

14.    Despite Mr. Walker's attempts to avoid Ms. Barreras' vehicle, her vehicle collided with Mr. Walker's, and caused a serious accident.

15.    As a result of the collision, Mr. Walker suffered serious debilitating injuries, which required him to be air lifted to the University of New Mexico Hospital.

2

**COUNT I:**
**Negligence Against The State of New Mexico and NMDOT**

16.    Plaintiff realleges Paragraphs 1 through 15 pursuant to Rule 1-010(c) NMRA.

17.    The State of New Mexico and NMDOT have a duty to exercise ordinary care to protect the general public from foreseeable harm on its roadways.   This includes the maintenance, repair, signage and identification of hazards on Interstate 40 at/near the site of the subject accident including, but not limited to, the crossover in the median in question.   The absence of traffic controls is a condition of the highway and is therefore subject to maintenance and repair duties of the State of New Mexico and NMDOT.

18.    The State of New Mexico and NMDOT knew or should have known that the roadway lacked the appropriate traffic controls necessary to allow drivers to safely proceed on Interstate 40, including avoid use of the crossover in question.

19.    Upon information and belief, the crossover is question is routinely used by motorists as a means for turning around.

20.    Upon information and belief, the crossover in question has been the site of numerous accidents in years' prior involving motorists who were attempting to turn around.

21.    Upon information and belief, Defendant Barreras came upon the highway crossover in question and was attempting to use it when the accident happened.

22.    Due to the lack of traffic signs, markings, warnings, and traffic control devises Ms. Barreras made decisions and took actions that contributed to the negligent disregard of motorists traveling on the highway.

23.    Following the accident, the New Mexico Department of Transportation and/or the State of New Mexico placed signage and undertook additional maintenance responsibilities for

the highway, including, but not limited to, placing orange barrels and warning tape around the crossover in question.

24.     The State of New Mexico and/or NMDOT were negligent in failing to properly maintain, provide traffic control devises or repair Interstate 40.

25.     The negligence by the State of New Mexico and/or NMDOT was the actual and proximate cause of injuries suffered by the Plaintiff.

## COUNT II:
### Negligence Against Kimberly Barreras

26.     Plaintiff incorporates by reference the foregoing allegations contained in Paragraphs 1 through 25 pursuant to Rule 1-010(c) NMRA.

27.     At all times relevant to the allegations in this Complaint, Defendant Barreras owed a duty of care to the Plaintiff to act as a reasonable and prudent motorist.

28.     Defendant Barreras breached this duty and was therefore negligent.

29.     At the time of the accident, New Mexico had numerous traffic statutes and/or ordinances in effect.

30.     Defendant Barreras' tortious conduct includes, but is not limited to:

    a.     Failing to maintain a proper lookout;

    b.     Operating a motor vehicle in a careless and/or reckless manner;

    c.     Failing to pay proper attention to the roadway and conditions present while operating a vehicle;

    d.     Failing to make a timely application of her brakes; and/or

    e.     Failing to take proper evasive action to avoid striking Mr. Walker.

4

31.     Defendant Barreras' conduct that breached her duty of care included a high risk of danger and was done with utter indifference to the consequences, which amounts to recklessness as defined by New Mexico law.

32.     By doing and/or failing to do the acts described, Defendant Barreras was the direct and/or a proximate cause of Plaintiff's resultant injuries and damages.

## COUNT III:
### Negligence *Per Se* Against Kimberly Barreras

33.     Plaintiff incorporates by reference the foregoing allegations contained in Paragraphs 1 through 32 pursuant to Rule 1-010(c) NMRA.

34.     At the time of the above referenced event, there were in force and effect certain statutes and ordinances that were violated by Defendant, including but not limited to:

     a.     NMSA 1978, § 66-8-113. Reckless driving;

     b.     NMSA 1978, § 66-8-114. Careless driving;

     c.     NMSA 1978, § 66-7-328. Vehicle approaching or entering intersection; and

     d.     NMSA 1978, § 66-7-332.1. Approach of oncoming vehicle; yield right of way.

35.     These statutes prohibit certain actions and/or create a standard of conduct when operating a motor vehicle and Ms. Barrera's conduct represents an unexcused violation of these standards.

36.     Plaintiff belongs to a class of persons to which these statutes were meant to protect, and the harm or injury is generally of the type these statutes seek to prevent.

37.   As a direct and proximate cause of Ms. Barrera's violations of New Mexico state law, Plaintiff suffered serious injuries, has incurred and will continue to incur substantial medical expenses, has incurred and will continue to incur pain and suffering, has incurred and will continue to incur loss of earnings, and has incurred and will continue to incur substantial loss of enjoyment of life

## COUNT IV:
### Damages

38.   Plaintiff realleges Paragraphs 1 through 37 pursuant to 1-010(c) NMRA.

39.   As a direct and proximate result of the actions of the Defendants enumerated above, Mr. Walker sustained serious personal injuries, which caused or contributed to his pain and suffering.  As a direct and proximate result of the actions of the Defendants enumerated above, Mr. Walker is entitled to an award of monetary damages for the pain and suffering, the reasonable expenses of necessary medical care and treatment, disfigurement, permanent impairment, loss of enjoyment of life, and other damages available under New Mexico law in an amount to be determined by the Court at trial.

40.   The acts or omissions of Defendants show a sufficient culpable mental state as to justify an award of punitive damages for the reckless and indifference to Mr. Walker resulting in injury and damage to Mr. Walker.

WHEREFORE, the Plaintiff requests compensatory and punitive damages, costs, pre and post judgment interest and such other relief as permitted by law against the Defendants.

Respectfully Submitted,

GUEBERT BRUCKNER P.C.


By ____/s/ Robert F. Gentile_____
        Terry R. Guebert
        Robert F. Gentile
        P.O. Box 93880
        Albuquerque, NM 87199-3880
        (505) 823-2300
        tguebert@guebertlaw.com
        rgentile@guebertlaw.com
        *Attorneys for Plaintiff*

F:\Clients\7100.139ef\Pleadings\2016.11.15 Complaint.docx/trm

7

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/15/2016 3:43:17 PM
STEPHEN T. PACHECO
Ginger Sloan

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

Cause No. D-101-CV-2016-02648

JAMES WALKER,            Case assigned to Thomson, David K.

        Plaintiff,

v.

KIMBERLY BARRERAS, and
THE STATE OF NEW MEXICO, and
NEW MEXICO DEPARTMENT OF TRANSPORTATION,

        Defendants.

## JURY DEMAND

COMES NOW Plaintiff, James Walker, by and through his attorneys, Guebert Bruckner P.C., and demands trial by jury consisting of twelve (12) members and deposits three hundred dollars ($300.00) with the Clerk of the Court herewith.

GUEBERT BRUCKNER P.C.

By _____ /s/ Robert F. Gentile _____
      Terry R. Guebert
      Robert F. Gentile
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      rgentile@guebertlaw.com
      *Attorneys for Plaintiff*

F:\Clients\7100.139cf\Pleadings\Jury Demand.2016.11.15.docx\trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/18/2016 10:24:20 AM
STEPHEN T. PACHECO
Bernadette Hernandez

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

D-101-CV-2016-02648


JAMES WALKER,

      Plaintiff,

v.

KIMBERLY BARRERAS,
THE STATE OF NEW MEXICO, and NEW MEXICO
DEPARTMENT OF TRANSPORTATION,

      Defendants.

## PEREMPTORY EXCUSAL

COMES NOW Plaintiff, James Walker, by and through his attorneys, Guebert Bruckner P.C., and pursuant to Rule 1-088.1, NMRA, peremptorily excuses the Honorable David K. Thomson as District Judge in this matter.


GUEBERT BRUCKNER P.C.


xc/ leadworker

By   */s/ Robert F. Gentile*
      Terry R. Guebert
      Robert F. Gentile
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      rgentile@guebertlaw.com
      *Attorneys for Plaintiff*

F:\Clients\7100.139cf\Pleadings\2016.11.18.Peremptory Excusal.docx/trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/18/2016 1:46:10 PM
STEPHEN T. PACHECO
Bernadette Hernandez

FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

D-101-CV-2016-02648

JAMES WALKER,
      Plaintiff,

V.

KIMBERLY BARRERAS,
THE STATE OF NEW MEXICO and NEW MEXICO
DEPARTMENT OF TRANSPORTATION,
        Defendants.

## NOTICE OF JUDGE ASSIGNMENT

The above referenced cause has been reassigned to District Judge RAYMOND Z. ORTIZ, Division III, effective NOVEMBER 18, 2016 due to the **EXCUSAL** of District Judge DAVID K. THOMSON, Division VI.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
       Deputy

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing was mailed/E-filed to counsel/parties on the 18TH day of November 2016. (All parties listed in the Odyssey E-file & Service Contacts)

STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
       Deputy

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

**SUMMONS**

| | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name: The State of New Mexico<br>Address: c/o Hector Balderas<br>Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

1.     A lawsuit has been filed against you.  A copy of the Complaint is attached along with First Interrogatories and Requests for Production.  The Court issued this Summons.

2.     You must respond to this lawsuit in writing.  You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons.   (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Courts address is listed above.

3.     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.     If you need an interpreter, you must ask for one in writing.

7.     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at   Santa Fe                              , New Mexico, this 23rd day of November, 2016 .

Stephen T. Pacheco
CLERK OF DISTRICT COURT

By: _____
         Deputy

GUEBERT BRUCKNER P.C.

/s/ Robert F. Gentile
_____
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO  )
                  )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).
[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a*

*corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____  2

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

F:\Clients\7100.139cf\Pleadings\Summons.State of NM - AG.docx/trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name: The State of New Mexico<br>Address:  c/o  Risk  Management<br>Division<br>1100 St. Francis Drive<br>Joseph Montoya Bldg., Room 2073<br>Santa Fe, NM 87502 |

### TO THE ABOVE NAMED DEFENDANT(S): Take notice that

**1.** A lawsuit has been filed against you. A copy of the Complaint is attached along with First Interrogatories and Requests for Production. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Courts address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe              , New Mexico, this 23rd  day of November , 2016 .

Stephen T. Pacheco
CLERK OF DISTRICT COURT

By:_____
      Deputy

GUEBERT BRUCKNER P.C.


/s/ Robert F. Gentile
_____
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to   _____ (*name of person*), _____,
(*title of person authorized to receive service.   Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]


_____
Judge, notary or other officer
authorized to administer oaths


_____
Official title

F:\Clients\7100.139cf\Pleadings\Summons.State of NM - Risk Management.docx/trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name: New Mexico Department of Transportation<br>Address: c/o Hector Balderas<br>Attorney General<br>407 Galisteo Street<br>Santa Fe, NM 87501 |

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

1.      A lawsuit has been filed against you.  A copy of the Complaint is attached along with First Interrogatories and Requests for Production.  The Court issued this Summons.

2.      You must respond to this lawsuit in writing.  You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons.   (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons.   (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Courts address is listed above.

3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe                                    , New Mexico, this 23rd  day of  November , 2016 .

Stephen T. Pacheco
CLERK OF DISTRICT COURT                          GUEBERT BRUCKNER P.C.

By                                                                     /s/ Robert F. Gentile
             Deputy                                                  Terry R. Guebert
                                                                        Robert F. Gentile
                                                                        P.O. Box 93880
                                                                        Albuquerque, NM 87109
                                                                        (505) 823-2300 (Telephone)
                                                                        (505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in _____ county on the _____ day of
_____, _____, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of
summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used
when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
_____ (*insert defendant's last known mailing address*) a copy of the summons
and complaint.

[ ]     to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for
defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad
litem] of defendant _____ (*used when defendant is a minor or an
incompetent person*).

[ ]    to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ 2

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

F:\Clients\7100.139cf\Pleadings\Summons.NMDOT - AG.docx/trm

## SUMMONS

| District Court: FIRST JUDICIAL Santa Fe County, New Mexico Court Address: Post Office Box 2268 / 100 S. Catron Santa Fe, New Mexico  87504 / 87501 Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2016-02648 Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): James Walker v. Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant Name: New Mexico Department of Transportation Address:  c/o  Risk  Management Division 1100 St. Francis Drive Joseph Montoya Bldg., Room 2073 Santa Fe, NM 87502 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the Complaint is attached along with First Interrogatories and Requests for Production.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Courts address is listed above.

**3.**      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _Santa Fe_____, New Mexico, this_23rd_ day of _November_ , 20_16_ .
Stephen T. Pacheco
CLERK OF DISTRICT COURT                    GUEBERT BRUCKNER P.C.

By_____                    _/s/ Robert F. Gentile_____
      Deputy                                                       Terry R. Guebert
                                                                       Robert F. Gentile
                                                                       P.O. Box 93880
                                                                       Albuquerque, NM 87109
                                                                       (505) 823-2300 (Telephone)

(505) 823-9600 (Facsimile)
tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO   )
                     )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____,

*(title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

F:\Clients\7100.139cf\Pleadings\Summons.NMDOT - Risk Management.docx/trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

# SUMMONS

| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name: New Mexico Department of Transportation<br>Address: 1120 Cerrillos Road<br>Santa Fe, NM 87504-1149 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the Complaint is attached along with First Interrogatories and Requests for Production. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Courts address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe _____, New Mexico, this 23rd day of November, 2016.

Stephen T. Pacheco
CLERK OF DISTRICT COURT

By: _____
      Deputy

GUEBERT BRUCKNER P.C.

/s/ Robert F. Gentile
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a*

*corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ 2

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

F:\Clients\7100.139cf\Pleadings\Summons.NMDOT.docx/tnn

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| District Court: FIRST JUDICIAL Santa Fe County, New Mexico Court Address: Post Office Box 2268 / 100 S. Catron Santa Fe, New Mexico  87504 / 87501 Court Telephone No.: 505-455-8250 | Case Number: D-101-CV-2016-02648  Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): James Walker  v.  Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant Name: Kimberly Barreras Address: 1727 Del Norte Dr. SW Albuquerque, NM 87105 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**     A lawsuit has been filed against you.  A copy of the Complaint is attached along with First Interrogatories and Requests for Production.  The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing.  You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons.    (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons.    (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Courts address is listed above.

**3.**     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**     If you need an interpreter, you must ask for one in writing.

**7.**     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe                            , New Mexico, this 23rd day of  November , 2016 .

Stephen T. Pacheco
CLERK OF DISTRICT COURT

By: _____
        Deputy

GUEBERT BRUCKNER P.C.

_/s/ Robert F. Gentile_____
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in _____ county on the _____ day of
_____, _____, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of
summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used
when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
_____ (*insert defendant's last known mailing address*) a copy of the summons
and complaint.

[ ]   to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for
defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad
litem] of defendant _____ (*used when defendant is a minor or an
incompetent person*).

[ ]     to _____ (*name of person*), _____,
(*title of person authorized to receive service.   Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____


_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]


_____
Judge, notary or other officer
authorized to administer oaths


_____
Official title

F:\Clients\7100.139ef\Pleadings\Summons.Kimberly.Barreras.docx/trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/14/2016 4:07:17 PM
STEPHEN T. PACHECO
Jill Nohl

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico 87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name: New Mexico Department of Transportation<br>Address: c/o Risk Management Division<br>1100 St. Francis Drive<br>Joseph Montoya Bldg., Room 2073<br>Santa Fe, NM 87502 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the Complaint is attached along with First Interrogatories and Requests for Production. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Courts address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Santa Fe_____, New Mexico, this_23rd_ day of_November_, 20_16_.
Stephen T. Pacheco
CLERK OF DISTRICT COURT

By_____
            Deputy

GUEBERT BRUCKNER P.C.

_/s/ Robert F. Gentile_
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)

(505) 823-9600 (Facsimile)
tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO )
                   )ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the 5th day of December, 2016 by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[✓] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____,

*(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Title *(if any)*

Subscribed and sworn to before me this _14th_ day of _December_, _2016_[2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

OFFICIAL SEAL
**Anthony Alden**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 1/3/2016

F:\Clients\7100.139cf\Pleadings\Summons.NMDOT - Risk Management.docx/trm



RECEIVED
DEC - 7 2016
By _____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Gene Matson

1. Article Addressed to:

New Mexico Department of Transportation
c/o Risk Management Division
1100 St. Francis Drive
Joseph Montoya Bldg., Room 2073
Santa Fe, NM 87502

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

DEC 13 2016

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1970 6123 3751 67

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7008 1830 0002 3329 7582

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

7100.139 of TREIRFG

FILED IN MY OFFICE
STEPHEN T. PACHECO
DISTRICT COURT CLERK
12/14/2016 4:07:17 PM
Jill Nohl

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
|---|---|
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name: New Mexico Department of Transportation<br>Address: 1120 Cerrillos Road<br>Santa Fe, NM 87504-1149 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the Complaint is attached along with First Interrogatories and Requests for Production. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Courts address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Santa Fe_____, New Mexico, this 23rd day of November, 2016 .

Stephen T. Pacheco
CLERK OF DISTRICT COURT

By: _____
Deputy

GUEBERT BRUCKNER P.C.

/s/ Robert F. Gentile
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF Santa Fe   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in Santa Fe county on the ____ day of
November 06, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of
summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used
when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
_____ (*insert defendant's last known mailing address*) a copy of the summons
and complaint.

[ ]    to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[✓]    to Daniel Rios_____, an agent authorized to receive service of process for
defendant NM Department of Transportation

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad
litem] of defendant _____ (*used when defendant is a minor or an
incompetent person*).
[ ]    to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a*

*corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this 12ᵗʰ day of Dec , 2016

_____
Judge, notary or other officer
authorized to administer oaths

OFFICIAL SEAL
Kristina L. Ward
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _____

_____
Official title

F:\Clients\7100.139cf\Pleadings\Summons.NMDOT.docx/tm

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/14/2016 4:07:17 PM
STEPHEN T. PACHECO
Jill Nohl

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| | |
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of New Mexico, and New Mexico Department of Transportation | Defendant<br>Name:  New Mexico Department of Transportation<br>Address: c/o Hector Balderas<br>Attorney General<br>407 Galisteo Street<br>Santa Fe, NM 87501 |

**TO THE ABOVE NAMED DEFENDANT(S):**  Take notice that

1.       A lawsuit has been filed against you.  A copy of the Complaint is attached along with First Interrogatories and Requests for Production.  The Court issued this Summons.

2.       You must respond to this lawsuit in writing.  You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons.   (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Courts address is listed above.

3.       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.       If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.       You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.       If you need an interpreter, you must ask for one in writing.

7.       You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at  Santa Fe                          , New Mexico, this 23rd  day of November , 2016  .
Stephen T. Pacheco
CLERK OF DISTRICT COURT                    GUEBERT BRUCKNER P.C.

By                                              /s/ Robert F. Gentile
        Deputy                                 Terry R. Guebert
                                               Robert F. Gentile
                                               P.O. Box 93880
                                               Albuquerque, NM 87109
                                               (505) 823-2300 (Telephone)
                                               (505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO )
                                        )ss
COUNTY OF _Santa Fe_ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in _Santa Fe_ county on the _3rd_ day of
_November, 2016_ by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of
summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used
when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
_____ (*insert defendant's last known mailing address*) a copy of the summons
and complaint.

[ ]     to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[X]     to _Jenny Garcia_ an agent authorized to receive service of process for
defendant _NM Dept of Transportation c/o Tector Balderas_

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad
litem] of defendant _____ (*used when defendant is a minor or an
incompetent person*).

[ ]   to _____ (name of person), _____,
(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _____

_Jessica Ward_
Signature of person making service
_Jessica Ward_
Title (if any)

Subscribed and sworn to before me this 12ᵗʰ day of _Dec_, 2016

_signature_
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

OFFICIAL SEAL
Kristina L. Ward
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 10/15/18

F:\Clients\7100.139cf\Pleadings\Summons.NMDOT - AG.docx/trm

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/14/2016 4:07:17 PM
STEPHEN T. PACHECO
Jill Nohl

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/23/2016 8:57:54 AM
STEPHEN T. PACHECO
Leticia Cunningham

## SUMMONS

| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:<br>D-101-CV-2016-02648<br><br>Assigned Judge: Raymond Z. Ortiz |
| --- | --- |
| Plaintiff(s): James Walker<br><br>v.<br><br>Defendant(s): Kimberly Barreras, The State of<br>New Mexico, and New Mexico Department of<br>Transportation | Defendant<br>Name: The State of New Mexico<br>Address: c/o Hector Balderas<br>Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

**1.** A lawsuit has been filed against you. A copy of the Complaint is attached along with First Interrogatories and Requests for Production. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response to the Complaint with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). You must file your written response to First Interrogatories and Requests for Production with the Court no later than forty-five (45) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Courts address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _Santa Fe_____, New Mexico, this 23rd day of _November_, 2016 .

Stephen T. Pacheco
CLERK OF DISTRICT COURT

By_____
           Deputy

GUEBERT BRUCKNER P.C.


*/s/ Robert F. Gentile*
Terry R. Guebert
Robert F. Gentile
P.O. Box 93880
Albuquerque, NM 87109
(505) 823-2300 (Telephone)
(505) 823-9600 (Facsimile)

tguebert@guebertlaw.com
rgentile@guebertlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF NEW MEXICO  )
                      )ss
COUNTY OF Santa Fe    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to
this lawsuit, and that I served this summons in _Santa Fe_ county on the _20_ day of
_November 2016_, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of
summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used
when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of
complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at
the usual place of abode of defendant _____, (*used when the defendant is not
presently at place of abode*) and by mailing by first class mail to the defendant at
_____ (*insert defendant's last known mailing address*) a copy of the summons
and complaint.

[ ]   to _____, the person apparently in charge at the actual place of
business or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last
known mailing address*).

[✓]   to _Jenny Garcia_, an agent authorized to receive service of process for
defendant _The State of NM c/o Hector Balderas_

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad
litem] of defendant _____ (*used when defendant is a minor or an
incompetent person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a*

*corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_Jessica Ward_

Signature of person making service

_Jessica Ward_

Title (*if any*)

Subscribed and sworn to before me this __12th__ day of __Dec__, 20_16_

_Kristina L. Ward_

Judge, notary or other officer
authorized to administer oaths

OFFICIAL SEAL
Kristina L. Ward
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:

_Notary_

Official title

F:\Clients\7100.139cf\Pleadings\Summons.State of NM - AG.docx/trm